KIRK ET AL., APPELLANTS, *v.* JIM WALTER HOMES, INC., APPELLEE.

[Cite as Kirk *v.* Jim Walter Homes, Inc. (1988), 40 Ohio St. 3d 601.]

(No. 87-1842—Submitted October 18, 1988—Decided November 30, 1988.)

*Inscore, Rinehardt, Whitney & Enderle* and *Larry L. Inscore,* for appellants.

*Taft, Stettinius & Hollister, R. Joseph Parker* and *Timothy C. Sullivan,* for appellee.

This appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., SWEENEY, LOCHER, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

HOLMES, J., dissents.

LANE, APPELLEE, *v.* MAYFIELD, ADMR., ET AL.;
WEST CARROLLTON PARCHMENT COMPANY, APPELLANT.

[Cite as Lane *v.* Mayfield (1988), 40 Ohio St. 3d 601.]

(No. 87-1870—Submitted October 19, 1988—Decided November 30, 1988.)

*James C. Shew,* for appellee.

*Jack L. Johnson,* for appellant.

This appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., SWEENEY, LOCHER, DOUGLAS and H. BROWN, JJ., concur.

HOLMES and WRIGHT, JJ., dissent.